RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6 / 1 / 06
BY OM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 98-50036-03 |
| VERSUS | JUDGE DONALD E. WALTER |
| JOHNNY WASHINGTON | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before this Court is a Motion to Alter or Amend Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure [Doc. #458] filed by defendant, Johnny Washington.

Finding no basis upon which to amend or alter this Court's May 18, 2006 Order denying Washington's Motion to Compel, **IT IS ORDERED** that defendant's motion [Doc. #458] be and is hereby **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this _1_ day of June, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT